



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DEC 1 0 2025

Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:25-CR- 239 |
| | § Judge |
| STEPHENIE ANN LAPOINTE (01) | § RWS / JBB |
| NICHOLAS ALLEN ROGERS (02) | § |

## INDICTMENT

The United States Grand Jury Charges:

### COUNT ONE

Violation: 18 U.S.C. §§ 922(a)(1)(A)
and 2 (Engaging in the Business of
Dealing in Firearms without a
License, Aiding and Abetting)

On or between December 9, 2024 and through July 10, 2025, in the Eastern District of Texas and elsewhere, the defendants, Stephenie Ann LaPointe and Nicholas Allen Rogers, aided and abetted each other, while not being a licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18, U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

### COUNT TWO

Violation: 18 U.S.C. §§ 932(b) and 2
(Straw Purchasing of Firearms,
Aiding and Abetting)

On or between December 9, 2024 and through July 10, 2025, in the Eastern District of Texas, the defendants, Stephenie Ann LaPointe and Nicholas Allen Rogers, aided and abetted each other, by knowingly purchasing a firearm, namely, a Berretta, Model 92FS, a 9mm caliber handgun, bearing Serial Number: BER462492, in or otherwise affecting interstate commerce for, on behalf of, at the request of, or by demand of **Richard Rodriguez**, knowing or having reasonable cause to believe that **Richard Rodriguez** intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony, towit: engaging in the business of dealing firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A), or did attempt or conspire to do so, in violation of 18 U.S.C. §§ 932(b)(2) and 2.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461, all proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

### FIREARM FORFEITURE

As the result of committing the felony offenses, in violation of 18 U.S.C. § 18 U.S.C. § 933(a)(1), as alleged in Counts One and Two of the Indictment, the defendants, **Stephenie Ann LaPointe** and **Nicholas Allen Rogers**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1.    Berretta, Model 92FS, a 9mm caliber handgun, bearing Serial Number: BER462492;

2.    Smith & Wesson, Model SW9VE, a 9mm caliber handgun, bearing Serial Number: DSV0699;

3.    Smith & Wesson, Model SD9VE, a 9mm caliber handgun, bearing Serial Number: FXJ2858;

4.    Ruger, Model Security-9, a 9mm caliber handgun, bearing Serial Number: 384-14829;

5.    Ruger, Model LCP, a .380 caliber handgun, bearing Serial Number: 372205806;

6.    Sarsilmaz, Model SAR 9, a 9mm caliber handgun, bearing Serial Number: T1102-21BV49022;

7.    Sarsilmaz, Model SAR 9, a 9mm caliber handgun, bearing Serial Number: T1102-20BV08200;

8.    Glock, Model 19 Gen-5,a 9mm caliber handgun, bearing Serial Number: BHHE778;

9.    Ruger, Model LCP, a .380 caliber handgun, bearing Serial Number: 372548102;

10.    Smith & Wesson, Model SD9VE, a 9mm caliber handgun, bearing Serial Number: FBB5826;

11.    Taurus, Model G3, a 9mm caliber handgun, bearing Serial Number: ADG482744; and

12.    any associated ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty.

The United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

By virtue of the commission of the felony offense charged in this indictment by the defendants any and all interest the defendants have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 934 and 18 U.S.C. § 924.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

_____                    Date: _12/10/2025_
MICHAEL A. ANDERSON
Assistant United States Attorney
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:25-CR-239 |
| | § | Judge RWS/JBB |
| STEPHENIE ANN LAPOINTE (01) | § | |
| NICHOLAS ALLEN ROGERS (02) | § | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 922(a)(1)(a)

Penalty:    Imprisonment of not more than 5 years, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00

### Count Two

Violation:    Conspiracy to Straw Purchase a Firearm, 18 U.S.C. § 932(b)

Penalty:    Imprisonment of not more than fifteen years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

If a violation of subsection (b) is committed knowing or with reasonable cause to believe that any firearm involved will be used to commit either a Federal or State felony, a Federal crime of terrorism, or a drug trafficking crime, the person shall be sentenced to a term of imprisonment of not more than 25 years.

Special Assessment: $100.00